UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES SHARKEY, | Case No. 2:20-cv-00396-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JERRY HOWELL, *et al.*, | |
| Defendants. | |

I.    **DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. Docket No. 1. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before **March 30, 2020** or pay the full filing fee of $400. The Court will retain Plaintiff's civil rights complaint at Docket No. 1-1 but will not file it until the matter of the payment of the filing fee is resolved.

II.    **CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners, Docket No. 1, is **DENIED** as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **March 30, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (Docket No. 1-1), but shall not file it at this time.

DATED:  February 27, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE